

**FILED**

06/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0180

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA-21-0180

**FILED**

JUN 1 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Nathan R. White,
Appellant,

    v.

Amanda Anderson,
Appellee.

ORDER FOR
EXTENSION OF
TIME

Appellant's has requested through motion a 30 day extension of time to file an opening brief, due June 22, 2021. Just cause being given, this motion is granted. New due date to file an opening brief will be July 22, 2021.

DATED this 17th day of June 2021